# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1636

_____

Ronnie E. Johnson,                              *
                                                *
            Appellant,                          *
                                                *   Appeal from the United States
      v.                                        *   District Court for the
                                                *   Western District of Arkansas.
Floyd E. Emerson, Sr.; Vickie D.                *
Gilliam; Walter E. Hussman, Jr.;                *       **[UNPUBLISHED]**
The Sentinel-Record, Inc.; Palmer               *
Newspaper Group; Wehco Media, Inc.;             *
Williams & Anderson, LLP; Jess                  *
Askew, III; John Does, 1-10; Jane               *
Does, 1-11; John Does, 1-11,                    *
                                                *
            Appellees.                          *

_____

Submitted:  October 7, 2004
    Filed:  October 15, 2004

_____

Before WOLLMAN, McMILLIAN, and RILEY, Circuit Judges.

_____

PER CURIAM.

Ronnie E. Johnson (Johnson) appeals the district court's[1] dismissal of his civil complaint brought under the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961-1968. Having carefully reviewed the record, see Gardner v. First Am. Title Ins. Co., 294 F.3d 991, 993 (8th Cir. 2002), we conclude the dismissal was appropriate, and an extended discussion is not warranted. To the extent Johnson is appealing the denial of his motion for appointment of counsel, we conclude the district court did not abuse its discretion. See Stevens v. Redwing, 146 F.3d 538, 546 (8th Cir. 1998).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

---

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas.